IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-03335-M

| | |
|---|---|
| SANTAURUS J. NEELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LIEUTENANT LAWRENCE, et al., ) | |
| ) | |
| Defendants. ) | |

This cause is before the court on plaintiff's motion seeking an extension of time to file a motion for entry of default, see Mot. [D.E. 62], and his motion for entry of default as to defendant Bianca Lawrence, see Mot. [D.E. 63].

Plaintiff asserts the filing of his motion for entry of default was delayed by difficulties with prison mail, including an erroneous "return to sender" notation, and his August 30, 2023, release. See [D.E. 62]. For good cause shown, the court GRANTS this motion for an extension of time [D.E. 62] and deems timely filed the motion seeking entry of default as to defendant Lawrence.

Further, despite the court's July 6, 2023, order directing defendant Lawrence to answer or otherwise respond to the complaint, see Order [D.E. 50], Lawrence has not done so in the time allowed. Accordingly, the court GRANTS the motion for entry of default [D.E. 63] and DIRECTS the clerk to enter default against defendant Lawrence.

SO ORDERED this 23 day of October, 2023.

Richard E Myers II
RICHARD E. MYERS II
Chief United States District Judge